# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | | |
|---|---|---|
| TRUCK CITY OF GARY, INC., | ) | Civil Action No. 2:16-cv-00348-RL-JEM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STIPULATION OF DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| DAIMLER TRUCKS NORTH AMERICA LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

It is hereby stipulated by and between the attorneys for Plaintiff Truck City of Gary, Inc. and the attorneys for Defendant Daimler Trucks North America LLC (hereinafter "DTNA") that the above-captioned Complaint and all claims against DTNA are dismissed with prejudice and without attorneys' fees, costs, and/or expenses being awarded to any party.

[SIGNATURE PAGE FOLLOWS]

Dated: February 27, 2017

Respectfully submitted,

| | |
|---|---|
| */s/Robert D. MacGill* | */s/Russell S. Abrams* |
| Robert D. MacGill (#9989-49) | Wayne C. Turner |
| Jessica M. Lindemann (#31058-49) | Susanne A. Johnson |
| Justin D. Rumer (#31494-49) | Email: wturner@hooverhullturner.com |
| BARNES & THORNBURG LLP | Email: sjohnson@hooverhullturner.com |
| 11 South Meridian Street | HOOVER HULL TURNER LLP |
| Indianapolis, Indiana 46204 | 111 Monument Circle, Suite 4400 |
| Telephone:  (317) 236-1313 | P.O. Box 44989 |
| Facsimile:  (317) 231-7433 | Indianapolis, IN 46244-0989 |
| E-mail:     rmacgill@btlaw.com | Telephone: 317.822.4400 |
|                  jlindemann@btlaw.com | Facsimile: 317.822.0234 |
|                  jrumer@btlaw.com | |
| | Russell S. Abrams (Fed. ID No. 12293) |
| | (Admitted *Pro Hac Vice*) |
| *Attorneys for Truck City of Gary, Inc.* | Email: russ.abrams@klgates.com |
| | K&L GATES LLP |
| | 134 Meeting Street, Suite 500 |
| | Charleston, SC 29401 Telephone: 843.579.5600 |
| | Facsimile: 843.579.5601 |
| | |
| | *Attorneys for Daimler Trucks North America, LLC* |